IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TAVARIS QUINN AND ARMIE QUINN,

    Plaintiffs,

v.

JOSEPH VECCHIO, RICHARD RODRIQUEZ, AND CITY OF CHICAGO,

    Defendants.

Case No. 25-cv-10782

*Jury Trial Demanded.*

## JOINT RULE 26(f) PLANNING REPORT

Now come Plaintiffs, Tavaris Quinn and Armie Quinn, by and through their undersigned counsel, and Defendants, Joseph Vecchio, Richard Rodriquez, and City of Chicago, by and through their undersigned counsel, and present their Joint Rule 26(f) Planning Report, and state as follows:

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), both parties, by and through their undersigned counsels, discussed this planning report on December 1, 2025.

2. **Pretrial Schedule.** The parties jointly propose to the court the following discovery plan: Deadline to amend pleadings and add any additional parties is February 15, 2025.

3. **Discovery**. Discovery will be needed on the following subjects: the incident in question, as well as subsequent events (including the criminal prosecution) arising from the incident, Defendants' disciplinary histories, Defendants' background as members of the 1863 tactical team, damages suffered by the plaintiffs, Chicago Police Department traffic stop policies, practices, and procedures.

**(a)** Disclosures pursuant to Fed. R. Civ. 26(a)(1) to be made by January 15, 2025.

Fact Discovery to be commenced in time to be completed by June 1, 2026.

**(b)** The parties expect they will need approximately 6 depositions.

**(c)** Deadlines of Expert Discovery reserved.

**(d)** All potentially dispositive motions should be filed by July 1, 2026.

**(e)** Final Pretrial order: Plaintiff to prepare proposed draft by August 1, 2026. Parties to file Joint pretrial order by August 15, 2026.

**(f)** The case should be ready for trial by November 1, 2026, and at this time is expected to take approximately 3-4 days.

4. **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, plaintiff(s) is directed to make a written settlement demand to the defendant(s). At least 7 days prior to the scheduling conference defendant(s) is to respond in writing to the plaintiff(s) settlement demand.

5. **Consent.** Parties do not consent unanimously to jurisdiction by the assigned Magistrate Judge.

Respectfully submitted,

/s/ Jordan Marsh
*Attorney for the Plaintiffs*

**LAW OFFICE OF JORDAN MARSH LLC**
33 North LaSalle Street Suite 2000
Chicago, IL 60602
(224) 220-9000
jordan@jmarshlaw.com

/s/ Jiyeon Huh
*Attorney for the Defendants*

**CITY OF CHICAGO LAW DEPARTMENT**
2 N LaSalle Street, Suite 420
Chicago IL 60602
(312) 744-6076
jenny.huh@cityofchicago.org

**CERTIFICATE OF SERVICE**

    I certify that on December 1, 2025, I served a copy of the foregoing JOINT RULE 26(f) PLANNING REPORT on all counsel of record by filing the same on the Court's ECF system.

                                        **/s/ Jordan Marsh**